IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUNNIVA GROTLE MYSTER,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-05256

Judge John Robert Blakey

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 59 | LE TIAN XIAO DIAN |
| 24 | Dmland |
| 23 | TING YEAH |
| 57 | Guo Jiang Bing |
| 35 | Walnutking Shirts |
| 43 | FNNMNNR Co. Ltd |
| 31 | shanxishasijinkejiyouxiangongsi |
| 33 | Kun Ming Lu Bang Mao Yi You Xian Gong Si |
| 22 | FENGHANOU |
| 2 | homebed |
| 61 | JingRao Clothing |
| 45 | Yy' choice Co.Ltd |

DATED:  August 1, 2024 Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 1, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                */s/ Keith A. Vogt*
                Keith A. Vogt